GREGORY A. BROWER
United States Attorney
District of Nevada
100 West Liberty Street, Suite 600
Reno, Nevada 89501

VIRGINIA CRONAN LOWE                                         Electronically Filed
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRETT W. & MERRY C. OGILVIE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. |
| ) | |
| CARRON COBB, MANAGER, U.S. BANK, ) | UNITED STATES' |
| KLAICH ANIMAL HOSPITAL, LTD, ) | <u>NOTICE OF REMOVAL</u> |
| LORI HARRIS, REVENUE OFFICER, ) | |
| DOUGLAS SHULMAN, I.R.S. COMMISSIONER, ) | |
| CHRIS WAGNER, DEPUTY COMMISSIONER, ) | |
| KATHERINE WELLSLEY, MANAGER, ) | |
| ROBERT (BOB) CAREY, TERRITORY ) | |
| MANAGER, HARRY MANKA, DIRECTOR, ) | |
| DAVID ALITO, COLLECTIONS DIRECTOR, ) | |
| MS. BROGAN, ID #16-02444, SR. DISCLOSURE ) | |
| SPECIALIST, and C.J. MILLS, DISCLOSURE ) | |
| MANAGER. ) | |
| ) | |
| Defendants. ) | |

The federal defendants, by and through their undersigned attorneys, hereby remove the above-captioned action to the United States District Court for the District of Nevada, pursuant to 28 U.S.C. §§ 1441 and 1442.

The basis for removal is as follows:

1. The United States is in receipt of a document entitled "MONITORY SUIT" filed by plaintiffs in the above-captioned action now proceeding in the Second Judicial District Court, Washoe County, Nevada.

3295148.1

1  2. This action is one that may be removed pursuant to §§ 1442(a)(1) in that it is an action brought against officers of the United States and the federal defendants may assert colorable federal defenses under the doctrine of sovereign immunity and the Anti-Injunction Act (I.R.C. § 7421). Attached as Exhibit A is a copy of the complaint (with social security numbers redacted).

3. This action is being removed within thirty (30) days of the United States' receipt of a copy of the complaint. Thus, the requirements of 28 U.S.C. § 1446 are satisfied.

4. This action may be removed to this Court without bond by virtue of the provisions of 28 U.S.C. § 2408 because the United States is initiating such removal.

Respectfully submitted this 21st day of May, 2008.

GREGORY A. BROWER
United States Attorney


/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' NOTICE OF REMOVAL has been made this 21st day of May, 2008, by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to:

    Brett W. & Merry C. Ogilvie
    2530 Sunline Drive
    Reno, Nevada 89523

    Klaich Animal Hospital, LTD
    1990 South Virginia Street
    Reno, Nevada 89502

    Carron Cobb
    Garnishment/Levy/Child Support Lien Dept.
    CH-OH-L2GT
    P.O. Box 5220
    Cincinnati, Ohio 45201

    /s/ Virginia Cronan Lowe
    VIRGINIA CRONAN LOWE
    Trial Attorney, Tax Division
    U.S. Department of Justice